# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. 4:14MJ355 <br> New York case number 14-MA-2465 |
| TRENDON SHAVERS | § | |

## ORDER RESETTING DEFENDANT'S
## ARRAIGNMENT AND APPEARANCE IN NEW YORK

The Court hereby RESETS the Defendant's appearance for his arraignment in the Southern District of New York, case number 14-MA-2465. .

IT IS ORDERED that Defendant shall appear at Courtroom 5A, 500 Pearl Street, 5th Floor, New York, New York, on Monday, November 24, 2014, at 10:00 a.m for arraignment. Defendant is requesting court appointed counsel.

Signed this 13th day of November, 2014.

_____
Amos L. Mazzant
United States Magistrate Judge